# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANDREW VINOFSKY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>THE CORNWELL QUALITY TOOLS COMPANY,<br><br>      Defendant. | Civil Action No. 1:25-cv-01970<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Andrew Vinsofsky ("Plaintiff") and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under F.R.C.P. 41(a)(1)(A)(i) is therefore appropriate.

Dated: November 14, 2025

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
11/14/2025

Respectfully Submitted,

**SHAMIS & GENTILE P.A.**

By: */s/ Andrew Shamis*
Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Tel: (305) 479-2299

*Attorney for Plaintiff Andrew Vinofsky*